United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10795-ref
Brian Q Davis                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: Feb 06, 2017
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
db             #+Brian Q Davis,    501 Highlands Boulevard,    Easton, PA 18042-7258
cr              +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr              +Bank of America, N.A.,    Marinosci Law Group, P.C.,    c/o Connie J. Delisser, Esq.,
                  100 West Cypress Creek Road, Suit 1045,    Fort Lauderdale, FL 33309-2191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRAD J. SADEK    on behalf of Debtor Brian Q Davis brad@sadeklaw.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank of America, N.A. jkishbaugh@udren.com,
               vbarber@udren.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian Q. Davis

CHAPTER 13

CASE NO. 16-10795-REF

Bank of America, N. A.
                     Movant
vs.
Brian Q. Davis
                     Debtor(s)
   and
Frederick L. Reigle, Esquire
                     Trustee

### STIPULATION IN SETTLEMENT OF
### MOVANT'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN OF
### REORGANIZATION

Bank of America, N. A. ("Mortgagee") and Brian Q. Davis ("Debtor(s)"), through their respective counsel, hereby stipulate as follows:

1. The automatic stay as provided by 11 U.S.C. §362 shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. Mortgagee is the holder of a mortgage which is a lien on Debtor's real property known as and located at: 501 Highlands Boulevard, Easton, PA 18042.

3. Debtor's Confirmed Plan of Reorganization provides for payment in full of the secured claim of Bank of America, N. A. in the amount of $24,957.59, with no interest over the term of the Plan. To allow for the recovery of interest at the contract rate of 2.99%, Debtor shall pay directly to Bank of America, N. A. the amount of $1,943.00, which is the total amount of interest on the claim at the rate of 2.99% over the entire term of the Plan.

4. Debtor shall make such payment in twelve (12) consecutive equal installments of $162.00, beginning on February 1, 2017 and continuing on the 1st day of each month thereafter, when all outstanding and unpaid amounts of interest shall be due and payable in full. Nothing in this Stipulation shall affect the provisions of the Plan, whose terms remain valid unchanged and in full effect.

5. The parties agree that a facsimile signature shall have the same force and effect as an original signature.

_____
J. Eric Kishbaugh, Esquire
UDREN LAW OFFICES, P.C.
Attorneys for Mortgagee

_____
Brad J. Sadek, Esquire
Attorney for Debtor(s)

_____
Frederick L. Reigle, Trustee

APPROVED BY THE COURT THIS _____ DAY OF _____, 20____

**Date: February 6, 2017**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

c: