UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

BRIAN Q DAVIS
                                          : Bankruptcy No. 16-10795REF
         Debtor(s)                        : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                        BY THE COURT

**Date: July 27, 2017**

                                        Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET    SUITE 502
PHILADELPHIA PA 19107-

BRIAN Q DAVIS
501 HIGHLANDS BOULEVARD
EASTON,PA.18042