United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10795-ref
Brian Q Davis                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 2              Date Rcvd: Jul 27, 2017
                             Form ID: pdf900          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db            #+Brian Q Davis,    501 Highlands Boulevard,    Easton, PA 18042-7258
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr             +Wilmington Savings Fund Society, FSB c/o Shellpoin,    PO BOX 10826,    Greenville, SC 29603-0826
13671263       +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
13744485       +Bank of America, N.A.,    Marinosci Law Group, P.C.,    c/o Connie J. Delisser, Esq.,
                 100 West Cypress Creek Road, Suit 1045,    Fort Lauderdale, FL 33309-2191
13748530       +Bank of America, N.A.,    P.O. BOX 31785,    Tampa, FL 33631-3785
13671266       +Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13765611       +First Service Residential,    400 Campus Drive,    Suite 101,    Collegeville, PA 19426-4948
13671267       +I.C. Systems Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
13671270      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,      350 Highland Dr,    Lewisville, TX 75067)
13671271       +Pluese, Becker and Saltman, LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
13671272       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
13720107       +Wells Fargo Bank, National Association, Et Al,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13748340       +Wells Fargo Bank, National Association, as Trustee,     Nationstar Mortgage LLC,
                 P.O. Box 619096,    Dallas, TX 75261-9096
13689426       +Wilmington Savings Fund Society, FSB,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13761432       +Wilmington Savings Fund Society, FSB,    c/o ShellPoint Mortgage Servicing,
                 55 Beattie Place, Suite 100,    Greenville, SC 29601-2137
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jul 28 2017 01:49:49     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13671261       +E-mail/Text: EBNProcessing@afni.com Jul 28 2017 01:49:48     AFNI, Inc.,    P.O. Box 3427,
                 Bloomington, IL 61702-3427
13671262        E-mail/Text: bnc-applied@quantum3group.com Jul 28 2017 01:49:54     Applied Bank,
                 601 Delaware Avenue,    Wilmington, DE 19801
13732065        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2017 01:52:23
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13671265       +E-mail/Text: ebn@squaretwofinancial.com Jul 28 2017 01:49:55     Cach LLC,
                 4340 S Monaco Street,    Unit 2,    Denver, CO 80237-3485
13671268       +E-mail/Text: cio.bncmail@irs.gov Jul 28 2017 01:49:17     Internal Revenue Service,
                 600 Arch Street RM 5200,    Philadelphia, PA 19106-1611
13671269       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 28 2017 01:49:42     Midland Credit Management, Inc.,
                 8875 Aero Drive,    San Diego, CA 92123-2255
13704575        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Shellpoint Mortgage Servicing
13671274        Verizon
13671275        Web Bank,    1 Dell Way
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Bank of America, N.A.,    Marinosci Law Group, P.C.,    c/o Connie J. Delisser, Esq.,
                 100 West Cypress Creek Road, Suit 1045,    Fort Lauderdale, FL 33309-2191
13671264      ##+Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
13671273      ##+Transworld System Inc,    2235 Mercury Way,    Ste 275,    Santa Rosa, CA 95407-5463
                                                                                TOTALS: 3, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4         User: Keith              Page 2 of 2              Date Rcvd: Jul 27, 2017
                             Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:

```
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRAD J. SADEK    on behalf of Debtor Brian Q Davis brad@sadeklaw.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank of America, N.A. jkishbaugh@udren.com,
               vbarber@udren.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :

BRIAN Q DAVIS
                                      : Bankruptcy No. 16-10795REF
        Debtor(s)                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: July 27, 2017**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET    SUITE 502
PHILADELPHIA PA 19107-

BRIAN Q DAVIS
501 HIGHLANDS BOULEVARD
EASTON,PA.18042